UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

LISA NOON,

      Plaintiff,

  -against-                                No. 12 Civ. 4544 (CM) (FM)

INTERNATIONAL BUSINESS MACHINES,

      Defendant.

_____x

**ORDER**

McMahon, J.:

After a four-day trial, a jury rendered a verdict in this case in favor of Defendant IBM on July 10, 2014. On August 7, 2014, Plaintiff Lisa Noon moved for a new trial pursuant to Federal Rule of Civil Procedure 59(a). The Court has reviewed the Plaintiff's submission and found it lacking in merit. The motion is denied. Defendant IBM need not respond.

The Clerk of the Court is directed to close out the motion at Docket No. 75 and to remove same from the Court's list of pending motions.

Dated: August 8, 2014

                                                          _____
                                                               U.S.D.J.

BY ECF TO ALL COUNSEL